BRETT A. SHUMATE
Acting Assistant Attorney General, Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM (Cal. Bar No. 110984)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841    Fax: (213) 894-7819
    Email: frank.kortum@usdoj.gov
JAMIE ANN YAVELBERG
TIFFANY L. HO
Attorneys, Civil Division
United States Department of Justice
    175 N Street, NE, Room 10.1807
    Washington, DC 20002
    T: 202.305.4166|F: 202.307.6364
    Email: tiffany.l.ho@usdoj.gov
Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
02/13/25
CENTRAL DISTRICT OF CALIFORNIA
BY:   WH   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 23-4178-HDV (AGRx)<br><br>[~~PROPOSED~~] ORDER RE NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUESTING TO PARTIALLY UNSEAL CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUESTING TO PARTIALLY UNSEAL CASE] |

BRETT A. SHUMATE
Acting Assistant Attorney General, Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Assistant United States Attorney
Chief, Civil Fraud Section
FRANK D. KORTUM (Cal. Bar No. 110984)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841   Fax: (213) 894-7819
    Email: frank.kortum@usdoj.gov
JAMIE ANN YAVELBERG
TIFFANY L. HO
Attorneys, Civil Division
United States Department of Justice
    175 N Street, NE, Room 10.1807
    Washington, DC 20002
    T: 202.305.4166|F: 202.307.6364
    Email: tiffany.l.ho@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel*. LINCOLN ANALYTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DR. FELICIANO SERRANO, and FELICIANO SERRANO, M.D., INC.,<br><br>    Defendants. | No. CV 23-4178-HDV (AGRx)<br><br>[~~PROPOSED~~] ORDER RE NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUESTING TO PARTIALLY UNSEAL CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUESTING TO PARTIALLY UNSEAL CASE] |

The United States of America ("United States") having filed a Notice that it is not intervening at this time in the above-captioned action (the "action") pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B); and having also filed a request to partially unseal the case, IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the Relator shall serve it upon the defendants;

2. This Order and the Notice of The United States That It Is Not Intervening At This Time And Requesting to Partially Unseal Case are both unsealed, and the Relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

//
//
//
//

6. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED

DATED:  ___2/13/2025_____

_____
UNITED STATES DISTRICT JUDGE

DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE

I, FRANK D. KORTUM, declare:

1. I am an Assistant United States Attorney who has been assigned responsibility for handling the above-captioned action. I am a member of the Bar of the State of California, and I have been duly admitted to appear before this Court. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

(a) Service: When Required.

 (1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:

  (A) an order stating that service is required;

  (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

  (C) a discovery paper required to be served on a party, unless the court orders otherwise;

  (D) a written motion, except one that may be heard ex parte; and

  (E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

 (2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

 (3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

3. The list of documents set forth in Rule 5(a)(1) does not include the document to which this Declaration is attached. The said document also is not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear." (Rule 5(a)(2).) Nor was the above-captioned action "begun by seizing property." (Rule 5(a)(3).) Therefore, I believe that Rule 5(a) does not require the document to which this Declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2025, at Los Angeles, California.

_____
Frank D. Kortum

4